No. 82–281. TREEN, GOVERNOR OF LOUISIANA, ET AL. v. WILLIAMS ET AL. C. A. 5th Cir. Motion of respondents for leave to proceed *in forma pauperis* granted. Certiorari denied.

No. 82–352. PUEBLO AIRCRAFT SERVICE, INC. v. CITY OF PUEBLO, COLORADO, ET AL. C. A. 10th Cir. Certiorari denied. JUSTICE WHITE and JUSTICE BLACKMUN would grant certiorari.